UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM J. MURRAY,

                                 DECISION AND ORDER

                          Plaintiff,

                                 16-CV-6525L

                      v.

TOM TANEA, et al.,

                          Defendants.
_____

       United States Magistrate Judge Mark W. Pedersen has been directed to supervise discovery in this case and he entered two Orders, Dkt. #130 and #133. The plaintiff, William J. Murray ("Murray"), has filed a *pro se* motion appealing those Orders (Dkt. #134). Murry appeals *pro se* but he has an attorney, who was appointed, *pro bono*, for the limited purpose of completing email-related discovery.

       I have reviewed Murray's appeal and find no basis to alter or modify Magistrate Judge Pedersen's Orders. It is clear that when one is represented by an attorney, a court is not required to entertain *pro se* motions filed by the party. Such hybrid proceedings are not permitted.

       The standard for reviewing a Magistrate Judge's orders is whether that order was "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Magistrate Judge Pedersen's Orders are correct and proper and, therefore, not "clearly erroneous."

**CONCLUSION**

For the reasons stated herein, William J. Murray's appeal **(Dkt. #134)** of Magistrate Judge Pedersen's Orders (Dkt. # 130, #133) is **DENIED IN ALL RESPECTS**.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated:  Rochester, New York
        September 6, 2022.